IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SUSAN VENTRAMO, on her behalf and
on behalf of all others similarly situated                                    PLAINTIFF

v.                              No. 4:12-cv-396-DPM

KAREN JOYNER and LITTLE ROCK HOME
HEALTH AGENCY INC.                                                           DEFENDANTS

ORDER

The parties filed a joint motion to dismiss this case with prejudice. № 11. Motion granted. Ventramo's complaint against Joyner and Little Rock Home Health is dismissed with prejudice. FED. R. CIV. P. 41(a)(1)(ii).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 June 2013