IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SUSAN VENTRAMO, on her behalf and
on behalf of all others similarly situated                    PLAINTIFF

v.                    No. 4:12-cv-396-DPM

KAREN JOYNER and LITTLE ROCK HOME
HEALTH AGENCY INC.                                          DEFENDANTS

## JUDGMENT

Ventramo's complaint against Joyner and Little Rock Home Health is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 June 2013