IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SUSAN VENTRAMO, on her behalf and
on behalf of all others similarly situated                                PLAINTIFF

v.                          No. 4:12-cv-396-DPM

KAREN JOYNER and LITTLE ROCK HOME
HEALTH AGENCY INC.                                                       DEFENDANTS

## JUDGMENT

Ventramo's complaint against Joyner and Little Rock Home Health is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 June 2013